Davis *v.* The State, for Use.

No. 1,241.

CONSTANT ET AL. *v.* THE STATE, FOR USE.

From the Blackford Circuit Court.

*R. S. Gregory, A. C. Silverburg* and *J. N. Templar*, for appellants.
*W. H. Carroll, G. Dean, B. G. Shinn* and *E. Pierce*, for appellee.

PER CURIAM.—Upon the authority of *Wilson* v. *State, ex rel.*, 9 Ind.
App. 696, the judgment in this cause is affirmed.
Filed Feb. 15, 1894.

--------◆--------

No. 1,244.

WILCOXON *v.* THE STATE, FOR USE.

From the Blackford Circuit Court.

*R. S. Gregory, A. C. Silverburg* and *J. N. Templar*, for appellant.
*W. H. Carroll, G. Dean, B. G. Shinn* and *E. Pierce*, for appellee.

PER CURIAM.—Upon the authority of *Wilson* v. *State, ex rel.*, 9 Ind.
App. 696, the judgment in this cause is affirmed.
Filed Feb. 15, 1894.

--------◆--------

No. 1,242.

DAVIS *v.* THE STATE, FOR USE.

From the Blackford Circuit Court.

*J. N. Templar, R. S. Gregory* and *A. C. Silverburg*, for appellant.
*W. H. Carroll, G. Dean, B. G. Shinn* and *E. Pierce*, for appellee.

PER CURIAM.—Upon the authority of *Wilson* v. *State, ex rel.*, 9 Ind.
App. 696, the judgment in this cause is affirmed.
Filed Feb. 15, 1894.